AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Quintin M. Littlejohn,<br>*Plaintiff*<br>v.<br>Barack Obama, President of the United States;<br>Novant Health Care; Social Security Administration,<br>*Defendant* | ) ) ) ) ) ) | Civil Action No.   7:14-cv-00812-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   March 18, 2015                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                           *Signature of Clerk or Deputy Clerk*